UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HARVEY C. MENNE (#348312)

CIVIL ACTION

VERSUS

NUMBER 11-93-FJP-SCR

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be dismissed, without prejudice, for failure to exhaust state remedies.

IT IS FURTHER ORDERED that to the extent plaintiff has sought relief under 42 U.S.C. § 1983, these claims are also dismissed.

IT IS FURTHER ORDERED that plaintiff's motion seeking mandamus relief is hereby denied.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 6, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47220